# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-00032 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| TONY PARKER, et al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation recommending this matter be dismissed without prejudice for failure to comply with a court order to keep the Clerk's Office informed of his current address. (Doc. No. 30.)

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, the above captioned case is **DISMISSED** without prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE